SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Kim Hai Ly, et al,<br><br><br>Defendants | Case No.: CIV.S 08-cv-01731-MCE-GGH<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF KIM HAI LY; MINH KHAI LY AND ORDER**<br><br>Complaint Filed: JULY 26, 2008<br><br>**CASE TO BE REMAIN OPEN WITH REMAINING DEFENDANTS** |

   **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Kim Hai Ly; Minh Khai Ly) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants.

///
///
///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

1  Defendants (Kim Hai Ly; Minh Khai Ly) are dismissed because these Defendants no
2  longer operate the business.

3  Dated: February 5, 2009   /s/Scott N. Johnson
4  SCOTT N. JOHNSON
   Attorney for Plaintiff

6  **IT IS SO ORDERED**.

8  Dated: February 6, 2009

   _____
10  MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com